1

2

3

4

5

6            UNITED STATES DISTRICT COURT FOR THE

7              NORTHERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | ) Case No.: 3:06-cv-3920 SC ) |
| | ) Hon. Samuel Conti |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING CASE ) MANAGEMENT CONFERENCE |
| GEORGE E. GORDON III, an individual, SALUD ARELLANO-GORDON, an individual, and the GORDON SAND CO. RETIREMENT PLAN, an employee pension benefit plan, | ) ) ) ) ) |
| Defendants. | ) ) ) |

The Initial Case Management Conference is hereby continued from November 17, 2006, to December 15, 2006, at 10:00 a.m.  All other deadlines set forth in the *Order Setting Initial Case Management Conference and ADR Deadlines* are continued accordingly.

**IT IS SO ORDERED.**

Dated: 10/30/06                    _____
                                   SAN _____
                                   UNI_____ RICT JUDGE